IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**UNITED STATES OF AMERICA**

VS                                    CR NO: 7:13-171

**Michael Gaylor**

# PLEA

The defendant having withdrawn their plea of Not Guilty, pleads **GUILTY** to Count ___4___ of the **Indictment** or **Information** in open court.

_____
(Signed) Defendant