Date: January 08, 2014

To: The Honorable Timothy M. Cain
U.S. District Court Judge

From: Shirley Meadows
SC Mentor
Foster Parent

Re: Melissa A. Gaylor

I Shirley Meadows, foster parent of Melissa Gaylor for a year as of Jan. 9th 2014. Over the past year I've seen Melissa do a 100 degree turn around. When she first came to me she was making poor grades, she is now making A's + B's and continues to be a honor roll student.

Melissa was being seen a Spartenburg Mental Health and on meds., She is no longer on meds or being seen at Spartenburg Mental Health. She is still being seen individual CAC for therapy as well as family therapy with her mom. She has bonded with her Mom, who visits x2 month. I'm so very proud of Melissa and she is a great kid.

I'm so sorry that I could not be there to support Melissa. I have another foster child that is only six yrs old, that really needs me here with her.

I just wanted the court to know a little about this very strong, well rounded young lady that Melissa has become. I pray that after today she can put this behind her so she can move on and become the gift to society that I know she is. I know she become + be anything she puts her mind to do.

Please excuse the handwritten note, but my computer decided to act up at this time

Respectfully Submitted
Shirley Meadows

Shirley Medlum  
Spartanburg SC 29307

The Honorable Timothy M Cain  
U.S. District Court Judge  
G. Ross Anderson Jr. Federal Building  
315 South McDuffie St., 1st Fl.  
Anderson, SC 29624